UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN M. LARGE,

    Plaintiff,                                Case No. 1:09-cv-689

v.                                                 HON. JANET T. NEFF

LVNV FUNDING, LLC *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

It is the Judgment of the Court that plaintiff's complaint be DISMISSED pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim.

This Judgment resolves all pending claims, and the case is therefore TERMINATED.

DATED: August 2, 2010                        /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge